# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| US FOODSERVICE, INC., | ) | |
| Plaintiff, | ) | 8:09CV254 |
| vs. | ) | ORDER |
| DONALD ROLF, MICHAEL ROLF, and OZARK RESTAURANT GROUP, INC., | ) | |
| Defendants. | ) | |

This matter is before the court on the Notice of Bankruptcy (Filing No. 20). The plaintiff filed the suggestion based on the defendant Ozark Restaurant Group, Inc.'s Chapter 11 bankruptcy filing on September 30, 2009. The filing was made in the Western District of Missouri and is designated 09-62263. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 13th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge