# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| US FOODSERVICE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV254 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DONALD ROLF, MICHAEL ROLF, | ) | |
| KEVIN ROLF, and | ) | |
| OZARK RESTAURANT GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Suggestion of Bankruptcy of Separate Defendant, Kevin Rolf (Filing No. 91). The defendant Kevin Rolf filed the suggestion based on his Chapter 11 bankruptcy filing on September 8, 2011. The filing was made in the Western District of Missouri and is designated 11-61969-7. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall furnish the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 19th day of September, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge