IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. FOODSERVICE, INC., | ) | CASE NO. 8:09CV254 |
| Plaintiff, | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| KEVIN ROLF and OZARK RESTAURANT GROUP, INC., | ) | |
| Defendants. | ) | |
| IN THE MATTER OF: | ) | CASE NO. BK11-61969 (W.D. Mo.) |
| KEVIN & LISA ROLF, | ) | A11-8086-TJM |
| Debtor(s). | ) | |

This matter is before the court on the Report and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney, Filing No. 94. There are no objections to the Report and Recommendation pursuant to NEGenR 1.5(b)(2).

The court finds that pursuant to 28 U.S.C. § 157(d) and NEGenR 1.5(b)(2) and for good cause shown that the Report and Recommendation should be adopted in its entirety.

IT IS ORDERED:

1. The Report and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney, Filing No. 94, is adopted in its entirety;

2. The referral of this case to Bankruptcy Court for the District of Nebraska is withdrawn and this case is stayed pending completion of the adversary proceedings in the Missouri bankruptcy court.

DATED this 8th day of December, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge